UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. |
| ANDRES DE LEON | § § § § | **L-21-1752** |

### ORDER TO SEAL INDICTMENT, ENTER WARRANT IN NCIC

The Government's Motion to SEAL the above-referenced Indictment and Motion and Order to Seal as to the above defendants is hereby GRANTED until the arrest of each of the individually named defendants, at which time this Indictment, Motion and Order shall be unsealed only as to the defendant arrested. The United States Marshal's Service for the Southern District of Texas is also hereby ORDERED to enter the Warrant for Arrest of the above defendants into the National Crime Information Center (NCIC) database UPON THE ORAL OR WRITTEN REQUEST of any Assistant United States Attorney for the Southern District of Texas.

DONE at Laredo, Texas, on this 19th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE